**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No.:   1:21-MJ-00016** |
| **DERRICK EVANS** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Trial Attorney Kathryn E. Fifield, detailed to the United States Attorney's Office for the District of Columbia.  Please remove all other counsel of record in relation to Derrick Evans and they should also be removed from the electronic notification process.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:      /s/ *Kathryn E. Fifield*
Kathryn E. Fifield
Trial Attorney
Detailed to the U.S. Attorney's Office
555 4th St. NW
Washington, D.C. 20001
Kathryn.fifield@usdoj.gov
202-320-0048 (cell)

## <u>CERTIFICATE OF SERVICE</u>

On this 29th day of March 2021, a copy of the foregoing was served upon all parties listed

on the Electronic Case Filing (ECF) System.

    /s/ *Kathryn E. Fifield*
Kathryn E. Fifield